# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GAREN PEARSON, | ) | 3:19-cv-00031-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | September 9, 2020 |
| JAMES DZURENDA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER      REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Extension of Time for Defendant's Counsel to Comply with Court Order" (ECF No. 39). Plaintiff states that "the Attorney General has failed to completely comply with the court's Order in providing the last known address for Michelle Moore." (*Id.* at 1.)

**IT IS HEREBY ORDERED** that the Attorney General's Office shall advise the court within **fifteen (15) days** from the date of this order whether it is able to find an alternative physical address for Defendant Michelle Moore. If a more current address is secured for this Defendant, the court will direct the U.S. Marshal to again attempt to effect service.

DEBRA K. KEMPI, CLERK

By:   /s/ _____
          Deputy Clerk